IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | MAGISTRATE NUMBER 22-1260 |
| | : | |
| | : | |
| **PATRICK McGOVERN-ALLEN** | : | UNDER SEAL |

### ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

                        Respectfully submitted,

                        */s/ Nancy MacEoin*
                        NANCY MACEOIN
                        Assistant Federal Defender

**CERTIFICATE OF SERVICE**

    I, Nancy MacEoin, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, Federal Court Division Defender Association of Philadelphia, hereby certify that I have electronically filed and served a copy of the attached Entry of Appearance via electronic mail upon Anthony Carissimi, Assistant United States Attorney, office located at Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania, 19106.

                                      */s/ Nancy MacEoin*
                                      NANCY MacEOIN
                                      Assistant Federal Defender

DATE:       August 15, 2022