AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA ) Anthony J. Carissimi

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v. | )<br>)    Case No.  22-MJ-1260<br>) |
| PATRICK McGOVERN-ALLEN | )<br>)<br>) |
| *Defendant* | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     PATRICK McGOVERN-ALLEN                                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
See attached affidavit.

Date:  August 9, 2022                                                                    /s/ *Richard A. Lloret*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA                    *Issuing officer's signature*

City and state:    Philadelphia, Pennsylvania                          The Honorable Richard A. Lloret

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  8-9-22 , and the person was arrested on *(date)*  8 -/2 .22<br>at *(city and state)*  NJ  . |
| Date:  8/12-22                                                     FBI<br>                                                     *Arresting officer's signature* |
|                                                                        *Printed name and title* |