

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Anthony J. Carissimi*
*Direct Dial: (215) 861-8450*
*Facsimile: (215) 861- 8618*
*E-mail Address: Anthony.carissimi@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

August 18, 2022

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:   *United States v. Patrick McGovern-Allen*
             No. 22-MJ-1260

Dear Clerk:

    Please unseal the complaint in the above-captioned case.  The complaint was filed on August 9, 2022.

                        Very truly yours,

                        JACQUELINE C. ROMERO
                        United States Attorney

                        /s/ Anthony J. Carissimi
                        *Anthony J. Carissimi*
                        Assistant United States Attorney